IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JBHM EDUCATION GROUP, LLC                                                PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:08-CV-89-SA-JAD

GARY C. BAILEY and CINDY CASON                                          DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) the Plaintiff's Motion to Remand [35] is **GRANTED**.

(2) This cause of action is **REMANDED** to the Circuit Court of Lee County, Mississippi;

(3) therefore, this case is **CLOSED**.

(4) As such, the court declines to consider the remaining pending motions.

**SO ORDERED** this the 8th day of May, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**